UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARK E. PHILLIPS,<br><br>                    Plaintiff,<br>     v.<br>KYLEEN E. CANE, et al.,<br><br>                    Defendants. | No. C10-1884 RSL<br><br>ORDER |

This matter comes before the Court on *pro se* relator Mark E. Phillips's Motion for Service by Court and U.S. Marshals. Dkt. #12. On July 22, 2011, the Court ordered relator to serve defendants with the complaint, a copy of the July 22, 2011 Order, and the United States' Notice of Election to Decline Intervention. Dkt. #10. Relator asks the Court to effect service of these items and the summons. Relator is incarcerated and proceeding *pro se* and *in forma pauperis* in this qui tam action.

As a general matter, the Court attempts to serve process by mail on behalf of litigants in Mr. Phillips's position. A review of the record shows that relator has not provided accurate or complete mailing addresses for most of the named defendants and has not identified the "John Doe" or "Jane Doe" defendants in a way that would enable the Court to locate them. It is relator's responsibility to provide all necessary information for the Court to effect service of process on each defendant, including his or her address. See Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990). Because service usually must be accomplished within 120 days of the

ORDER - 1

1 filing of the Complaint (see Fed. R. Civ. P. 4(m)), Mr. Phillips is hereby ORDERED to provide
2 an accurate and complete mailing address for defendants Amin Lahka, Afshan Lahka, Claire
3 Ambrosia, Grace Sim, Munjit Johal, Anthony Bay, Lillian Bay, Justin Hotard, and NCR
4 Corporation, and any identifiable "John Doe" or "Jane Doe" defendants within **thirty (30)** days
5 from the date of this Order. Failure to comply may result in dismissal of this action against
6 these defendants without prejudice.

DATED this 29th day of July, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2